## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSICA BREWSTER | § | CASE NO.: 2:23-cv-07193-EEF-MBN |
| | § | |
| VERSUS | § | JUDGE ELDON E. FALLON |
| | § | |
| J. COLLIN SIMS, IN HIS OFFICIAL | § | MAGISTRATE JUDGE |
| CAPACITY AS INTERIM DISTRICT | § | MICHAEL B. NORTH |
| ATTORNEY OF ST. TAMMMANY | § | |
| PARISH (AND AS SUCCESSOR TO | § | |
| WARREN MONTGOMERY) | § | |

## EX PARTE MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, J. Collin Sims, named in his official capacity as interim District Attorney of St. Tammany Parish and as successor to Warren Montgomery ("Defendant"), who respectfully requests that this Court enter an Order withdrawing Robert J. Burvant, Louisiana Bar No. 14119, formerly of the law firm of King & Jurgens, L.L.C., and O'Brien B. Alley, Louisiana Bar No. 40683, formerly of the law firm of King & Jurgens, L.L.C., as counsel of record for Defendant in the captioned matter. Timothy S. Madden (Louisiana Bar No. 21733), Len R. Brignac (Louisiana Bar No. 18139), and Patrick T. Isacks (Louisiana Bar No. 39220), of the law firm King & Jurgens, L.L.C., will continue to serve as counsel of record for Defendant in the captioned matter.

**WHEREFORE**, Defendant prays that Robert J. Burvant and O'Brien B. Alley be withdrawn as counsel of record for Defendant in the captioned matter.

[signature page to follow]

Respectfully submitted:

*/s/ Patrick T. Isacks*
TIMOTHY S. MADDEN, T.A. (#21733)
LEN R. BRIGNAC (#18139)
PATRICK T. ISACKS (#39220)
**KING & JURGENS, LLC**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
tmadden@kingjurgens.com
lbrignac@kingjurgens.com
pisacks@kingjurgens.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ex Parte Motion to Withdraw Counsel has been served upon counsel for all parties via the Court's Electronic Filing System, this 14th day of January, 2025.

*/s/ Patrick T. Isacks*