## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSICA BREWSTER** | § | **CASE NO.: 2:23-cv-07193-EEF-MBN** |
| | § | |
| **VERSUS** | § | **JUDGE ELDON E. FALLON** |
| | § | |
| **J. COLLIN SIMS, IN HIS OFFICIAL** | § | **MAGISTRATE JUDGE** |
| **CAPACITY AS INTERIM DISTRICT** | § | **MICHAEL B. NORTH** |
| **ATTORNEY OF ST. TAMMMANY** | § | |
| **PARISH (AND AS SUCCESSOR TO** | § | |
| **WARREN MONTGOMERY)** | § | |

### *EX PARTE* MOTION TO CHANGE DESIGNATION OF TRIAL ATTORNEY

**NOW INTO COURT**, through undersigned counsel, comes Defendant, J. Collin Sims, named in his official capacity as interim District Attorney of St. Tammany Parish and as successor to Warren Montgomery ("Defendant"), and, pursuant to Local Rule 11.2, respectfully requests that the Court enter an Order changing his designated Trial Attorney in this case from Timothy S. Madden (Louisiana Bar No. 21733) to Len R. Brignac (Louisiana Bar No. 18139). Timothy S. Madden, along with Patrick T. Isacks (Louisiana Bar No. 3922), will continue to serve as counsel of record for Defendant in the captioned matter.

**WHEREFORE**, Defendant prays that Len R. Brignac be substituted for Timothy S. Madden as the designated Trial Attorney in the captioned matter.

[signature page to follow]

Respectfully submitted:

*/s/ Patrick T. Isacks*
TIMOTHY S. MADDEN (#21733)
LEN R. BRIGNAC (#18139)
PATRICK T. ISACKS (#39220)
**KING & JURGENS, LLC**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
tmadden@kingjurgens.com
lbrignac@kingjurgens.com
pisacks@kingjurgens.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Ex Parte* Motion to Change Designation of Trial Attorney has been served upon counsel for all parties via the Court's Electronic Filing System this 21st day of March, 2025.

*/s/ Patrick T. Isacks*

2

4862-3444-2197, v. 1