UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSICA BREWSTER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 23-7193** |
| | * | |
| **J. COLLIN SIMS** | * | **SECTION "L" (5)** |
| | * | |

### ORDER

Having been informed that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 10th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE